IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CBX RESOURCES, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:17-cv-00017-DAE |
| ACE AMERICAN INSURANCE COMPANY, and ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Plaintiff, CBX Resources, LLC, appeared through its attorney. Defendants, ACE American Insurance Company and ACE Property and Casualty Insurance Company, appeared through their attorney. The Court determined that it had jurisdiction over the subject matter and the parties in the case.

The Court entered orders granting partial summary judgment in favor of the Defendants on October 16, 2017 (Dkt. # 45) and on June 28, 2018 (Dkt. # 76). Pursuant to the Joint Status Report to the Court (Dkt # 78) and the stipulations therein, Plaintiff voluntarily dismissed without prejudice its claims for violation of Texas Insurance Code §§ 541.060(a)(3)-(4) (Dkt # 80).

Final Judgment is entered that Plaintiff take nothing by its suit and that the action be dismissed on the merits.

All costs and fees are taxed against the party incurring same.

The Court denies all relief not granted in this Final Judgment.

SIGNED on August 20, 2018

U.S. DISTRICT JUDGE

- 1 -

APPROVED AS TO FORM:

*/s/ Daniel McNeel Lane, Jr.*
Daniel McNeel Lane, Jr.
State Bar No. 00784441
neel.lane@nortonrosefulbright.com
Anthony Marc Green
anthony.green@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

*Counsel for Defendants Ace American Insurance Company, And Ace Property And Casualty Insurance Company*

APPROVED AS TO FORM:

*/s/ Mikal C. Watts*
Mikal C. Watts
State Bar No. 20981820
mcwatts@wattsguerra.com
Francisco Guerra, IV.
State Bar No. 00796684
fguerra@wattsguerra.com
Mark A. Fassold
State Bar No. 24012609
mfassold@wattsguerra.com

WATTS GUERRA, LLP
Four Dominion Drive
Building Three, Suite 100
San Antonio, Texas 78257
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

*Counsel for Plaintiff CBX Resources, LLC*